MEMORANDUM

TO      ANTHONY HAYNES
          WARDEN-M.D.C. GUAYNABO

*Margarita Fonseca Bermudez*

FROM    MARGARITA FONSECA BERMUDEZ
          18157-069

SUBJECT  SENTENCE REDUCTION

DATE    JANUARY 18, 2008

    I AM WRITING THIS LETTER TO INQUIRE ABOUT THE NEW GUIDELINES POINT REDUCTION TO SEE IF I AM ABLE TO RECEIVE THE REDUCTION OR ENTER IN TO THE RE-ENTRY PROGRAM.

    IN 1999 I WAS SENTENCED TO 135 MONTHS ON LULTIPLE DRUG CHARGES, ONE BEING COCAINE BASE. I UNDERSTAND THAT WITH THE NEW GUIDELINES RANGE I MAYBE ELEGIBLE TO RECEIVE A TWO (2) POINT REDUCTION THAT WOULD LOWER MY SENTENCE AS WELL AS I MAY GET ONE OF THE OTHER REQUIREMENTS LISTED PURSUANT TO 18 USC 3582 (c)(1)(a) 28 USC 994CT.

    AT THE TIME OF MY SENTENCING, MY MOTHER MARIA BERMUDEZ DOMINGUEZ WAS AWARDED CUSTODY OF MY CHILDRENS, GERLIN M. REYES FONSECA AND ALEX A. REYES FONSECA. MY MOTHER HEALTH HAS DETERIORATED DRASTICALLY, I HAVE ATTACHED A SMALL PART OF HER MEDICAL RECORDS, MORE IS AVAILABLE IF NEEDED. AS OF 12/07 SHE HAS BEEN REDUCED TO USING ADULT DIAPERS AND HAS HAD ANOTHER OPERATION, I COULD LIST A FEW OTHER MEDICAL CONDITIONS BUT AT THIS TIME SIR, THIS LETTER IS GETTING HARDER TO WRITE. I AM NOT ONLY LOSING MY MOTHER, GOD FOR BID THAT IF ANY THING HAPPENS BEFORE MY SCHEDULE RELEASE DATE TO THE HALF WAY HOUSE 12/08 MY YOUNGEST SON ALEX AND GERLIN M. HAS NO WHERE TO GO OR NO ONE ELSE TO TURN TO.

    I HAVE LONG AGO ACCEPTED THE CONSEQUENCES OF MY ACTIONS AND UNDERSTAND THAT I AM SOLELY RESPONSIBLE FOR THE PREDI-CAMENT I PLACED MY SELF AND MY FAMILY IN.

    SINCE MY INCARCERATION I HAVE NOT VIOLATED OR DISRES-PECTED ANY OF B.O.P. RULES OR REGULATIONS. I DO NOT HAVE ANY INFRACTIONS, NO DISCIPLINARY ACTIONS HAS EVER BROUGHT YPON ME, I HAVE GONE ON (2) TWO SUCCESSFUL FURLOUGHS. I HAVE TAKEN MULTIPLE CLASSES AND HAVE VARIOUS CERTIFICATES, I HAVE BEEN WORKING THROUGH OUT MY INCARCERATION.

PAGE 2
MARGARITA FONSECA BERMUDEZ
18157-069

SIR, DURING MY NINE (8½) YEARS INCARCERATION THERE IS NOT A DAY THAT GOES BY THAT I DONT LOOK BACK AT WHAT I VE DONE WITH REGRET. I NOT ONLY HURT MY SELF WITH THE DECISION I MADE, I ALSO HURT MY FAMILY I HAVE DESTROYED MY LIFE AND LOST A LOT OF PRECIOUS TIME THAT SHOULD HAVE BEEN PUT TO BETTER USE.

I AM HOPPING THAT ITS NOT TOO LATE TO TEACH MY SON THAT LIFE HAS MANY CHOICES, AND IT MAY BE EASY TO TAKE THE QUICK PATH, BUT ITS THE HARD WORK, HONESTY, PERSEVERANCE AND DEDICATION THAT TAKES YOU FURTHER IN LIFE.

SIR, I AM PLEADING WITH YOU TO GIVE MY CASE SOME CONSIDERATION FOR THE REASONS I HAVE STATED.

I KNOW THAT I STILL HAVE A LOT OF WORK TO DO UPON RE-ENTERING IN TO SOCIETY AND THAT THERE ARE A LOT OF STEPS I HAVE TO TAKE, AND LOOKING AT MY FAMILYS SITUATION, THOSE ARE STEPS THAT I AM MORE THAN HAPPY TO TAKE.

IF THERE ARE ANY PROGRAMS THAT I NEED TO SIGN UP FOR SUCH AS THE RE=ENTRY PROGRAM I WILL GLADY APPLY TO ANY AND ALL OF THEM, AS YOU CAN SEE IN MY CASE FILE, I HAVE NO PROBLEMS WITH FOLLOWING ANY RULES OR STIPULATIONS SET BEFORE ME.

I HOPE SIR THAT YOU LOOK IN TO MY CASE AND GIVE ME A CHANCE TO REPAIR, NOT ONLY MY LIFE BUT THE LIFE OF MY SON WHILE GIVING ME AN OPPORTUNITY TO SPEND SOME TIME WITH MY MOTHER, BEFORE SHE PASSESS AWAY, AS I HAVE STATED, HER HEALTH IS RAPIDLY DETERIORETING.

IF GIVEN THE CHANCE I WILL NOT LET YOU DOWN BECAUSE NOT ONLY DO I LET MY SELF DOWN, I LET MY FAMILY DOWN AND I M GIVING UP ANY CHANCE I MAY HAVE HAD AT STARTING MY LIFE OVER.

I HAVE NEVER USE DRUGS, I HAVE GOOD STANDING IN MY COMMUNITY AND I AM LOOKING FORWARD TO SEEKING EMPLOYMENT AND SETTING THE PROPER GOALS IN MY LIFE.

I AM PLEADING SIR FOR SECOND CHANCE FOR MY LIFE.

I RESPECTFULLY AWAIT YOUR RESPONSE.

M.F.B